**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAN 2 1 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 16-30013-DRH |
| vs. ) | |
| ) | Title 21, United States Code, |
| JAMES L. GARY, and ) | Sections 841(a)(1) and 841(b)(1)(C) |
| CANDACE J. WEAKLEY, ) | Title 18, United States Code, |
| ) | Sections 1791(a) and 1791(b)(1) |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to Distribute Methamphetamine**

From in or about February, 2014 to in or about April, 2014, in Bond County, Illinois, within the Southern District of Illinois, and elsewhere,

**JAMES L. GARY, and
CANDACE J. WEAKLEY,**

defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); all in violation of Title 21, United States Code, Section 846.

### COUNT 2

**Providing Contraband in Prison**

On or about April 9, 2014, in Bond County, Illinois, within the Southern District of Illinois,

**CANDACE J. WEAKLEY,**

defendant herein, contrary to Title 21, United States Code, Section 841, attempted to provide a prohibited object, to wit, methamphetamine, to James L. Gary, an inmate of the Federal Correctional Institution, Greenville, in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1).

### COUNT 3

### Attempt to Obtain Contraband in Prison

On or about April 9, 2014, in Bond County, Illinois, within the Southern District of Illinois,

**JAMES L. GARY,**

defendant herein, contrary to Title 21, United States Code, Section 841, attempted to obtain a prohibited object, to wit, methamphetamine, while an inmate of the Federal Correctional Institution, Greenville, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(1).

A TRUE BILL

_____
DONALD S. BOYCE
Assistant United States Attorney

_____
JAMES L. PORTER
Acting United States Attorney

Recommended Bond: Detention